AcJ

8th Amendment - I got retaliated
for my Section 1983, with
the conflict of interest that
took me

21st and 2nd - I lost these
rights without due process

Patrick
Matthew

v.

Pittsburgh
Police Department

4th Amendment - I lost my
liberty on a unreasonable
seizure in Pittsburgh. To get
retaliated against for my lawsuit

two hearings coming steps, & I sued making that a conflict of Interest,

I want the ACJ" lawsuit to include

Act 44 "Meek Mills Act of '19

1st Amendment - Denied grievance booking, Denied Section 1983 packet No Access to a Shepards Citations or other legal paper work like my PACER

5th and 14th - loss liberty w/o proper Due process of the law

6th Amendment - Law library issues

13th Amendment - I was detained for parole tech violations alone





Patrick Matthews
1168 Epic Street
~~PA~~ Franklin PA

5 DEC 2025   PM 2 L

USA ★ FOREVER

Legal Mail

District of Columbia
333 Consitution Avenue N.W.
Washington D.C. 20001

20001-280299